AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00151 |
| Kevin Strong | ) Assigned to: Judge Zia M. Faruqui |
| | ) Assign Date: 1/21/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Kevin Strong                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)-Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. 1752(a)(2)-Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D), (G)-Violent Entry and Disorderly Conduct on Capitol Grounds

Date:  01/21/2021              2021.01.21 22:53:46 -05'00'
                               _____
                               *Issuing officer's signature*

City and state:     Washington, D.C.           Judge Zia M. Faruqui
                                               *Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/21/2021, and the person was arrested on *(date)* 01/22/2021
at *(city and state)* Riverside, CA.

Date: 01/22/2021              _____
                              *Arresting officer's signature*

                              Special Agent Erin Norwood
                              *Printed name and title*