**Gorup, Geoffrey (USAMOW)**

| | |
|---|---|
| **From:** | Furst, Mona (USAKS) |
| **Sent:** | Thursday, April 22, 2021 1:40 PM |
| **To:** | Ubong Akpan |
| **Cc:** | Montserrat A Fernandez |
| **Subject:** | BWC access: Strong Letter_Initial discovery 5_April 22 2021.docx |
| **Attachments:** | Strong Letter_Initial discovery 5_April 22 2021.docx |

Ms. Akpan,

I was able to access the platform to share the BWC footage mentioned below and in the letter. You should be getting a link to it. Please access it as soon as possible as it will expire. And to clarify, it is the Capitol Police surveillance footage which is highly sensitive.

Regards,

Mona Lee M. Furst
Senior Litigation Counsel
Detailed to DC-USAO
District of Kansas
1200 Epic Center | 301 N. Main | Wichita, Kansas 67202
Cell: 316-213-7420| Direct: 316-269-6537

**From:** Furst, Mona (USAKS)
**Sent:** Thursday, April 22, 2021 1:21 PM
**To:** 'Ubong Akpan' <Ubong_Akpan@fd.org>
**Cc:** Wilson, Robin (USAKS) 1 <RWilson1@usa.doj.gov>; Montserrat A Fernandez <Montserrat_A_Fernandez@fd.org>
**Subject:** Strong Letter_Initial discovery 5_April 22 2021.docx

Ms. Akpan,

As I was reviewing Capitol Police surveillance footage for another case, I saw Mr. Strong in the crowd. I have put that video, along with some open source MSNBC video of Mr. Strong inside statutory hall, into the USAFX file marked Discovery 4 & 5 – April 14 & 22, 2021. You can see him from mark 3:02 to 3:40 as he comes from the back left hall through the crowd and out the doors in Senate Wing by S 139.

I also included a screen shot of BWC footage I found. The system of sharing the actual video with you isn't working and I have asked for technical support.

**IT IS COVERED BY THE PROTECTION ORDER AND IS HIGHLY SENSITIVE.** Please adhere to the order, and have it viewed by Mr. Strong while supervised. Also please have him sign the Attachment A and file it within 5 days per the Order.

Regards,

Mona Lee M. Furst
Senior Litigation Counsel
Detailed to DC-USAO
District of Kansas
1200 Epic Center | 301 N. Main | Wichita, Kansas 67202

1

Cell: 316-213-7420| Direct: 316-269-6537