## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**      )

               **v.**             )       **CR. NO. 21-114 (TJK)**

**KEVIN STRONG**                )

_____ )

## UNOPPOSED MOTION TO CONTINUE

      Kevin Strong, through undersigned counsel, respectfully moves this Honorable Court to continue the plea hearing scheduled for October 20th until December 8th, 9th or 10th. The government does not oppose this motion. The parties need additional time to review and finalize the plea agreement.

      The parties agree that the exclusion of time under the Speedy Trial Act is warranted until the next hearing date.

                      Respectfully Submitted,

                      A.J. KRAMER
                      FEDERAL PUBLIC DEFENDER

                      _____/s/_____
                      UBONG E. AKPAN
                      Assistant Federal Public Defender
                      625 Indiana Ave., N.W.
                      Washington, D.C.  20004
                      (202) 208-7500

## <u>CERTIFICATE OF SERVICE</u>

I, Ubong E. Akpan, certify that on this 17th day of October 2021, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender