# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v.  ) | CR. NO. 21-114 (TJK) |
| **KEVIN STRONG** ) | |
| _____ ) | |

## UNOPPOSED MOTION TO CONTINUE

Kevin Strong, through undersigned counsel, respectfully moves this Honorable Court to continue the plea hearing scheduled for December 9th until December 17th at 9:30 am.  The government does not oppose this motion.  The parties need additional time to review and finalize the plea agreement.

The parties agree that the exclusion of time under the Speedy Trial Act is warranted until the next hearing date.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

     /s/
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

## **CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 8th day of December 2021, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
UBONG E. AKPAN
Assistant Federal Public Defender