UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-114 (TJK) |
| | : | |
| **KEVIN STRONG,** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. The exhibits are from internet open media sources.

1. Government Exhibit A is a video clip approximately 2 minutes 41 seconds in length taken from the New York Times documentary, A Day of Rage – How Trump Supporters Took the U.S. Capitol.

2. Government Exhibit B is a video clip approximately 4 minutes 20 seconds taken from the JaydenX video – Shooting and Storming of the U.S. Capitol in Washington D.C.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ *Mona Lee M. Furst*
MONA LEE M. FURST
Assistant United States Attorney
Federal Major Crimes
Detailee
U.S. Attorney's Office
301 N. Main, Ste 1200
Wichita, Kansas 67202
Office: 316-269-6481
Mona.Furst@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 25th day of February, 2022, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/*Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney