# EXHIBIT 1

**TO BE PROVIDED**